UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| AARON BRANDON WATSON, | ) | No. CV 13-07323-AB (AJW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNKNOWN, | ) | |
| Defendant. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Third Amended Complaint and entire action without prejudice.

DATED: March 18, 2016

_____
ANDRE BIROTTE
UNITED STATES DISTRICT JUDGE